# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NUMBER 9:15-CR-00014-MHS |
| v. § | |
| § | |
| § | |
| MICHAEL WAYNE MEADOWS § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred the Defendant's guilty plea to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Upon appearing before Judge Hawthorn for a guilty plea, the Defendant made a verbal motion to withdraw his guilty plea under Federal Rule of Civil Procedure 11(d)(2)(B). Judge Hawthorn issued a report recommending that a fair and just reason exists to allow the Defendant to withdraw his guilty plea. (Dkt. No. 50.)

Both parties waived their objection period so that the Defendant could appear for his sentencing hearing on August 25, 2016. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. It is

ORDERED that the Defendant's request to withdraw his plea entered into on January 12, 2016, be GRANTED, and his plea be withdrawn.

**SIGNED this 12th day of August, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE